# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:11-CV-644

| | | |
|---|---|---|
| JAMES MEADOWS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| | ) | |
| CHARLES LARRY BATES, FIRST | ) | |
| AMERICAN MONETARY | ) | |
| CONSULTANTS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court upon its own motion. The Clerk of Court entered default in the above-captioned case on April 10, 2012 (Doc. No. 8) upon a motion by Plaintiff (Doc. Nos. 6, 7). On June 27, 2012, Plaintiff filed a "Motion for Default and Inquiry" (Doc. No. 11). The Court hereby DENIES Plaintiff's request for a hearing on this matter and DEFERS RULING on the Motion for Default Judgment. See Fed. R. Civ. P. 55 (stating that the Court *may* conduct a hearing when certain criteria are met).

The Court HEREBY ORDERS Plaintiff to submit a sworn affidavit or other verified source of proof of Plaintiff's damages. Once the Court is satisfied that Plaintiff has proven damages, the Court will rule on Plaintiff's Motion for Default Judgment.

IT IS SO ORDERED.

Signed: June 27, 2012

Frank D. Whitney
United States District Judge