# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James Meadows,

    Plaintiff(s),            AMENDED JUDGMENT IN A CIVIL CASE

vs.                              3:11cv644

Charles Larry Bates
and First American Monetary Consultants, Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/11/12 Order.

Signed: July 13, 2012

Frank G. Johns, Clerk
United States District Court